UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY JAMES,<br><br>              Plaintiff,<br><br>      v.<br><br>ASIAN FAMILY MARKET, *et al.*,<br><br>              Defendants. | CASE NO. 2:23-cv-00212-RSL<br><br>ORDER REGARDING SERVICE |

      This matter comes before the Court on plaintiff's "Motion for Service by U.S. Marshal." Dkt. # 16. The Court took plaintiff's motion under advisement to provide defendants an opportunity to waive service under Rule 4(d)(1). It appearing that all defendants have signed and returned a waiver of service form (Dkt. # 21, 22, 25, and 27), the motion for service by U.S. Marshal is hereby DENIED as moot.

      Dated this 5th day of July, 2023.

                                                   Robert S. Lasnik
                                                   United States District Judge