UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY JAMES,

         Plaintiff,

    v.

ASIAN FAMILY MARKET, *et al.*,

         Defendants.

CASE NO. 2:23-cv-00212-RSL

ORDER GRANTING PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY

    This matter comes before the Court on plaintiff's "Motion for Discovery Interrogatories, Dispositions, Request for Admissions, Production of Documents, Settlement Request" directed towards defendant Calvin Sun. Dkt. # 58. The discovery requests appear to be relevant to the claims asserted and proportional to the needs of this litigation. The motion is unopposed.

    For all of the foregoing reasons, plaintiff's second motion to compel discovery (Dkt. # 58) is GRANTED. Defendant Sun shall respond to the interrogatories and requests for production within 14 days of the date of this Order.

    Dated this 15th day of November, 2023.

*[signature: M S Lasnik]*

Robert S. Lasnik
United States District Judge