UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY JAMES,

            Plaintiff,

     v.

ASIAN FAMILY MARKET, *et al.*,

            Defendants.

CASE NO. 2:23-cv-00212-RSL

ORDER GRANTING PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY

      This matter comes before the Court on plaintiff's "Motion for Discovery Interrogatories, Dispositions, Request for Admissions, Production of Documents, Settlement Request" directed towards defendant Juan Delgado. Dkt. # 64. The discovery requests appear to be relevant to the claims asserted and proportional to the needs of this litigation. The motion is unopposed.

      For all of the foregoing reasons, plaintiff's third motion to compel discovery (Dkt. # 64) is GRANTED. Defendant Delgado shall respond to the interrogatories and requests for production within 30 days of the date of this Order.

      Dated this 11th day of January, 2024.

                                                 *Robert S. Lasnik*
                                                 Robert S. Lasnik
                                                 United States District Judge