UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY JAMES,

          Plaintiff,

    v.

ASIAN FAMILY MARKET, *et al.*,

          Defendants.

CASE NO. 2:23-cv-00212-RSL

ORDER

    This matter comes before the Court *sua sponte*. Defendants Asian Family Market, Maddox Chung, and Kivon Taylor filed motions for summary judgment on July 20, 2023. Dkt. # 33 and # 35. Consideration of the motions was twice continued to allow plaintiff to conduct discovery regarding the issues raised by the moving defendants. Shortly before the motions were noted for consideration, plaintiff filed a motion to compel. Dkt. # 67. He did not file oppositions to the motions for summary judgment. The motion to compel has now been denied.

    The Clerk of Court is directed to renote the Dkt. # 33 and Dkt. # 35 for consideration on February 2, 2024. Plaintiff's oppositions are due on or before Monday, January 29, 2024. Defendants' replies are due on or before the note date.

    Dated this 16th day of January, 2024.

Robert S. Lasnik
United States District Judge

ORDER - 1